UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

RICARDO ESCALANTE, individually and
on behalf of others similarly situated,

                *Plaintiff*,

-against-

ELIMOR LLC (D/B/A BONJOUR CREPES &
WINE), ELICOSMAR-1 LLC (D/B/A
BONJOUR CREPES & WINE), PARVEZ A.
ELIAAS, and FELIX ERNESTO JONES,
                *Defendants*,
---------------------------------------------------------X

Index No.: 1:22-cv-06784-AT

**(PROPOSED) JUDGMENT**

      WHEREAS on or about July 19, 2023, Defendants ELIMOR LLC (D/B/A BONJOUR CREPES & WINE), ELICOSMAR-1 LLC (D/B/A BONJOUR CREPES & WINE), PARVEZ A. ELIAAS, and FELIX ERNESTO JONES extended to Plaintiff RICARDO ESCALANTE an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Fourteen Thousand Dollars and Zero Cents ($14,000.00)</u>, and whereas said Plaintiff accepted said offer on or about July 19, 2023.

      JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Fourteen Thousand Dollars and Zero Cents ($14,000.00).</u>

      Dated: New York, New York

            _____ , 2023

                                                          _____
                                                          JUDGE ANALISA TORRES