**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

RICARDO  ESCALANTE,

                                        *Plaintiff*,

                -against-

ELIMOR LLC (D/B/A BONJOUR CREPES &
WINE), ELICOSMAR-1 LLC (D/B/A
BONJOUR CREPES & WINE), PARVEZ A.
ELIAAS, and FELIX ERNESTO JONES,
                                        *Defendants,*

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/20/2023__

Index      No.:    1:22-cv-06784-AT

**JUDGMENT**

        WHEREAS  on  or  about  July  19,  2023,  Defendants  ELIMOR  LLC  (D/B/A  BONJOUR

CREPES & WINE), ELICOSMAR-1 LLC (D/B/A BONJOUR CREPES & WINE), PARVEZ A.

ELIAAS, and FELIX ERNESTO JONES extended to Plaintiff RICARDO ESCALANTE an offer of

judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Fourteen

Thousand Dollars and Zero Cents ($14,000.00), and whereas said Plaintiff accepted said offer on or

about July 19, 2023.

        JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount

of Fourteen Thousand Dollars and Zero Cents ($14,000.00).

        SO ORDERED.  The Clerk of Court is directed to
        close the case.

        Dated: July 20, 2023
                New York, New York

_____
        ANALISA TORRES
        United States District Judge